In the Matter of WILLIAM L. O'MALLEY, Respondent, against CHARLES W. BERRY, as Comptroller of the City of New York, Appellant.

(Submitted November 24, 1931; decided January 5, 1932.)

*Arthur J. W. Hilly*, Corporation Counsel (*J. Joseph Lilly*, *Henry J. Shields* and *George H. Cowie* of counsel), for appellant.

*Arthur M. Shorwitz* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.